**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983
in the United States District Court for the Middle District of North Carolina**

Arthur Jerry Scott Jr.

_____
**(Enter above full name of plaintiff – only one
plaintiff permitted per complaint)**

v.

Odrc Ohio department of
rehabilitation and correction
State

_____

_____
**(Enter above full name of defendant or defendants)**

I.    **Previous law suits**
      A.  **Have you begun other lawsuits in state or federal court dealing with the same facts involved
          in the action or otherwise relating to your imprisonment?  Yes ( )  No ( )**
      B.  **If you answer to A is yes, describe each lawsuit in the space below.  (If there is more than one
          lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
          1. Parties to previous lawsuit:
          Plaintiffs:**

      _____

      _____

          **Defendants:**

      _____

      _____

          **2. Court (if federal court, name the district; if state court, name the county):**

      _____

          **3. Docket Number:** _____

          **4. Name of judge
          assigned to the case:** _____

          **5. Disposition (for example, was the case dismissed? Appealed? Is it still pending?)**

      _____

      _____

6. **Approximate date of filing lawsuit:**

_____

II. **Previous *in forma pauperis* lawsuits:**
  A. **While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ( ) No ( )**
     1. **Name the court and docket number for each:**

_____

_____

  B. **Were any of these cases dismissed under 28 U.S.C. § 1915(e)(2) on the grounds that they were frivolous, malicious, or failed to state claim upon which relief may be granted? Yes ( ) No ( )**
     1. **If yes, how many?**

_____

     2. **Name the court and docket number for each:**

_____

_____

_____

III. **Exhaustion of Inmate Administrative Remedies**
  A. **Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes ( ) No ( )**
  B. **If your answer is Yes:**
     1. **When did you file your grievance?**

     4-27-22

     2. **What was your grievance?**

     That i was stabbed and was not given the right to press charges on my attacker

     3. **Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No ( )**
     **If yes, when was the decision and what was the result?**

     i went to the warden Mr Harris who denied my protective control after i repeatedly let them know i had a gang after Me 5-26-22 i believe was the decision

**C. If your answer to A. or B.3. is no, identify the claim(s) and explain why not:**

_____

_____

_____

_____

**IV.** **Parties**

**A. Plaintiff(s)**
**Name of plaintiff:**
Arthur Jerry Scott Jr.

_____

**Current address (place of confinement):**
3791 Route 63 - Lebanon correctional institution

Lebanon, OH 45036

**(You may lose important legal rights unless you immediately notify the court of any address change.)**
**B. Defendant(s)** **(NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)**
**Name of defendant 1:**
Odrc State
**Position:**
State corrections
**Place of employment:**
Odrc
**Current address:**
3791 Route 63 Lebanon correctional institution

Lebanon, OH 45036

**Additional defendant(s):**

**Defendant 2:**

**Defendant 3:**

4

**Defendant 4:**

_____

_____

**(Continue on a separate sheet, if necessary.)**

V.    **Statement of Claim**
      State here as briefly as possible the FACTS in your case. Do this by describing how each
      defendant named in Section IV.B above is personally involved in depriving you of your rights.
      Include relevant times, dates, and places.  **DO NOT GIVE LEGAL ARGUMENTS OR CITE
      ANY CASES OR STATUTES. You may only combine claims involving events that relate to all
      defendants.  Number and set forth each separate claim in a separate paragraph. Unrelated claims
      involving separate events must be set out in a separate complaint. (Continue on next page, if
      needed or attach extra sheets, if necessary.)**

i was stabbed by an inmate and was not given my
right to press charges on my attacker
this happen around 4-26-22 i was placed in isolation
for an investigation which i never heard any results
about and 3 days later they try to release me back
to the same compound and only gave my attacker
30 days i repeatedly let the investigators and
the warden know that my life was in danger
because of my sexual preferences ( being gay )

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

6

.VI.    **Relief**

**STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES. (Continue on next page, if
needed.)**

For I would like the court to grant me a fair
compensation for pain and sufering ptsd - &
discrimination and puting my life in donger

7

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed this**  9th  **day of**  NOVEMBER  **20**  22

**Prison No.**  774-903         **Signature**  _authr Hiett Jr._